UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HENRY HETTINGER,**

    **Plaintiff,**

v.                                            Case No: 8:17-cv-2974-EAK-CPT

**FDS BANK,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT PENDING

    **COMES NOW**, Plaintiff, **HENRY HETTINGER**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant, **FDS BANK** ("Defendant") have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate stipulated dismissal documents with the Court.

    Respectfully submitted on this **16th day** of **August, 2018,**

                                  */s/  Kaelyn Steinkraus*
                                  Kaelyn Steinkraus, Esq.
                                  Florida Bar No. 125132
                                  kaelyn@zieglerlawoffice.com

                                  Michael A. Ziegler, Esq.
                                  Florida Bar No. 74864
                                  mike@zieglerlawoffice.com

                                  **Law Office of Michael A. Ziegler, P.L.**
                                  13575 58th Street North, Suite 129
                                  Clearwater, FL 33760
                                  (p)  (727) 538-4188
                                  (f)  (727) 362-4778
                                  *Attorneys and Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this **08** day of **August, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              */s/ Kaelyn Steinkraus*
                              Kaelyn Steinkraus, Esq.
                              Florida Bar No. 125132