UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HENRY HETTINGER,**

    **Plaintiff,**

**v.**                                          Case No: 8:17-cv-2974-EAK-CPT

**FDS BANK,**

    **Defendant.**

_____/

### **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **COME NOW**, Plaintiff, **HENRY HETTINGER** ("Plaintiff"), and Defendant, **FDS BANK** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **September 5, 2018**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Ryan C. Reinert* |
| Kaelyn Steinkraus, Esq. | Ryan C. Reinert, Esq. |
| FBN: 125132 | FBN: 81989 |
| kaelyn@zieglerlawoffice.com | rreinert@shutts.com |
| Michael A. Ziegler, Esq. | **Shutts & Bowen, LLP** |
| FBN: 74864 | 4301 E. Boy Scout Blvd., Ste. 300 |
| mike@zieglerlawoffice.com | Tampa, FL 33607 |
| **Law Office of Michael A. Ziegler, PL** | (Tel) 813-229-8900 |
| 13575 58th St. N., Suite 129 | (Fax) 813-229-8901 |
| Clearwater FL 33760 | |
| (Tel) 727-538-4188 | |
| (Fax) 727-362-4778 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **05th** day of **September, 2018**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/  Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132